IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOEL RIVERA-ALEJANDRO<br>2) CARLOS RIVERA-ALEJANDRO<br>3) ALEXIS RIVERA-ALEJANDRO<br>4) ANGEL BETANCOURT-RIVERA<br>5) ROBERTO C. FONTANEZ-VEGA<br>6) ABIMAEL SERRANO-FIGUEROA<br>7) CARLOS E. RIVERA-RIVERA<br>8) ISMAEL RIVERA-SANTOS<br>9) JOSE GARCIA-RODRIGUEZ<br>10) CARLOS GONZALEZ-FRANCO<br>11) NATANAEL RUIZ-ORTEGA<br>12) ANGEL LOPEZ-MALDONADO<br>13) JOSE RIVERA-SIERRA<br>14) JUAN RIVERA-GEORGE<br>15) JULIO ALEXIS ORTIZ-BERRIOS<br>16) CARLOS A. RIVERA-RIVERA<br>17) MIGUEL ANGEL VEGA-DELGADO<br>18) VALERIE RIVERA-DEYA<br>19) SUANETTE RAMOS-GONZALEZ<br>20) JOSE L. FIGUEROA-CAMILO<br>21) ROSARIO RIVERA-GUZMAN<br>22) JAIME LOPEZ-CANALES<br>23) JUAN GONZALEZ-RAMOS<br>24) HECTOR RIVERA-BETANCOURT<br>25) ANGEL LUIS BETANCOURT-ORTIZ<br>26) RICARDO BETANCOURT-ORTIZ<br>27) JOSE LUIS DIAZ-FIGUEROA<br>28) JUAN GARCIA-RODRIGUEZ<br>29) LUIS X. RIVERA-RIVERA<br>30) JOSE TRINIDAD-PAGAN<br>31) EDGARDO RUIZ-TORRES<br>32) BIENVENIDO LOPEZ-CRUZ<br>33) JOSE E. PEÑA-MARTINEZ<br>34) RAUL TORRES-SANTANA<br>35) DAVID A. BULTRON-FLORES<br>36) KAREN LISBETH FIGUEROA-GALLARTUA<br>37) JORGE L. CRUZ-MALDONADO<br>38) JOSE L. TORRES-AGOSTO<br>39) VICTOR CASTRO-RODRIGUEZ<br>40) OSVALDO PEREZ<br>41) JUAN GABRIEL DE LA CRUZ-GUZMAN<br>42) ROBERTO BRUNO-DIAZ<br>43) LUIS E. SANCHEZ-ENCARNACION<br>**44) JONATHAN CARRASQUILLO-COLON**<br>45) NOEL RODRIGUEZ-ADORNO<br>46) ADDIER ENCARNACION-CRUZ<br>47) IDALIA MALDONADO-PENA | CRIMINAL 09-0165CCC |

CRIMINAL 09-0165CCC                              2

> 48) JAIME RIVERA-NIEVES
> 49) DOLORES ALEJANDRO
> 50) MANUEL ANTONIO FERRER-HADDOCK
> 51) RUBEN DELGADO-MALDONADO
> 52) MARLENIS CARRASQUILLO-QUIÑONES
> 53) ANGEL LUIS RIVERA-RIVERA
> 54) HECTOR ORTIZ-MARQUEZ
> 55) RAMON RODRIGUEZ-IDELFONSO
>
> Defendants

## ORDER

Having considered the Report and Recommendation filed on August 30, 2012 (**docket entry 2147**) on a Rule 11 proceeding of defendant Jonathan Carrasquillo-Colón (44) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 28, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 28, 2012. **The sentencing hearing is set for November 27, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 19, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge